# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SHEMIKA CRUTCHFIELD, | |
| Plantiff, | CIVIL ACTION FILE |
| vs. | NO. 1:14-cv-01962-ODE |
| CHIPOLTE MEXICAN GRILL, INC. | |
| Defendant. | |

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration and adoption of the Magistrate Judge's Report and Recommendation and Plaintiff's failure to obey the Court's December 15, 2014 Order indicating her intention to proceed pro se or to have new counsel file a Notice of Appearance within twenty (20) days, and plaintiff's failure to comply with the Order of the Court, it is

**Ordered and Adjudged** that the action be **DISMISSED WITHOUT PREJUDICE** for failure to obey a lawful Order of the Court.

Dated at Atlanta, Georgia, this 18th day of February, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:  *s/Frances K. Pinckney*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 19, 2015
James N. Hatten
Clerk of Court

By: *s/ Frances K. Pinckney*
Deputy Clerk